In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 16,122, Issued to Nellie Schindler. Michael Nugent and Another, Intervenors, Appellants.— Order reversed and application denied, with costs, upon the authority of *Matter of Farley* v.

*Barrick* (214 N. Y. 212), decided by the Court of Appeals on February 25, 1915. All concurred.